CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

AUG 2 0 2009

JOHN F. CORCORAN, CLERK
BY: /s/ 
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSEPH BOWLER, | ) | Civil Action No. 7:09-cv-00238 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARDEN CHIEF TRACY S. RAY, et al., | ) | By: Hon. James C. Turk |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915(g), and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 20th day of August, 2009.

/s/ James C. Turk
Senior United States District Judge